UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MACIAS VELAZQUEZ,<br><br>　　　　　　　Defendant. | Case No. MJ22-299-2<br><br>DETENTION ORDER |

Offenses charged:

　　　Mr. Macias Velazquez is charged with possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 18 U.S.C. § 2. The Court held a detention hearing on July 8, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　There is a rebuttable presumption that the court cannot set conditions to ensure the appearance of the defendant of the safety of community pursuant, 18 U.S.C. § 3142(e).

　　　2.　　Mr. Macias Velazquez stipulated to detention.

DETENTION ORDER - 1

3. Mr. Macias Velazquez poses a risk of nonappearance due to his ties to a foreign country. In addition, his personal history and ties to this district are unknown. Mr. Macias Velazquez poses a risk of danger due to the nature of the offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Macias Velazquez's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Macias Velazquez as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Macias Velazquez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Macias Velazquez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Macias Velazquez is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for Mr. Macias Velazquez, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

Dated this  8  day of July, 2022.

*/s/ MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3